**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| SHAMONDUS CROOMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 11-0105-CG-N |
| | ) |
| WARDEN JAMES MULLINS, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is **ORDERED** that the petitioner's Motion to Stay is **DENIED** and that this action is **DISMISSED** without prejudice to allow petitioner the opportunity to exhaust his state remedies.

**DONE and ORDERED** this 14th day of April, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE