**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| SHAMONDUS CROOMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 11-0105-CG-N |
| | ) |
| WARDEN JAMES MULLINS, | ) |
| | ) |
| Respondent. | ) |

**JUDGMENT**

Pursuant to an order this day entered, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice.

**DONE and ORDERED** this 14th day of April, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE